IN RE:  
SARAH ANNE MAZZOLA  
    Debtor

FILED  
2010 NOV 23 PM 2:10  
U.S. BANKRUPTCY COURT  
NORTHERN DISTRICT OF OHIO  
AKRON

CASE NO. 05-59320-S  
CHAPTER 7  

REPORT OF DIVIDEND  
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #102 in the amount of $2.11 was issued on November 4, 2010 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditor:

|  |  | Amt. of Dividend |
|---|---|---|
| Claim #1 | City of Cuyahoga Falls<br>Utility Billing Department<br>2310 Second Street<br>Cuyahoga Falls, OH 44221-2530 | $ .05 |
| Claim #2 | Ohio Edison<br>Attn Bankruptcy<br>76 South Main Street<br>Akron, Ohio 44308-1812 | $ .10 |
| Claim #3 | Midwest Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701 | $ .10 |
| Claim #4 | US Bank<br>PO Box 5229<br>Cincinnati, Ohio 45201 | $ .27 |
| Claim #5 | US Bank<br>PO Box 5229<br>Cincinnati, Ohio 45201 | $ .06 |
| Claim #6 | DOMINION EAST OHIO GAS<br>PO BOX 26666<br>ATTN: SYSTEM CREDIT - 18TH FLOOR<br>RICHMOND, VA 23261 | $ .14 |
| Claim #7 | Atlantic Financial Services Inc<br>4025 Erie Street South<br>PO Box 877<br>Massillon, Ohio 44646 | $ 1.39 |
| TOTAL: |  | $ 2.11 |

*ck # 102*  
*receipt # 81951*

November 16, 2010

HAROLD A. CORZIN, TRUSTEE  
304 N. Cleveland-Massillon Rd.  
Akron, Ohio 44333  
(330) 670-0770